**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 7** |
| **JACQUELINE A. WHITE** | ) **Case No. 17-10716-elf** |
| | ) |
| **Debtor.** | ) |
| | ) |

**TRUSTEE'S STATUS REPORT**

Lynn E. Feldman, the Chapter 7 trustee (the "Chapter 7 Trustee") in the above-captioned case of the debtor Jacqueline A. White (the "Debtor"), hereby reports on the status of this case further to the court's order dated April 7, 2017 approving the Stipulation between the Chapter 7 Trustee and the Debtor Regarding the Trustee's Objection to Debtor's Exemption of Claims (D.I. 23).

With respect to the Debtor's Employment Discrimination Claim, the Trustee has retained Derek Smith Law Group, PLLC as Special Counsel to pursue the Employment Discrimination Claim on behalf of the estate. This matter is still pending, and the parties are currently engaging in discovery. Upon information and belief, the appeal on the Debtor's Workers' Compensation Claim is still pending.

Dated: October 14, 2018                              GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Holly S. Miller
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: 215-268-0010
Email: hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*