United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline A White  
     Debtor

Case No. 17-10716-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Oct 23, 2018  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db      #+Jacqueline A White,    1449 Yates Avenue,    Marcus Hook, PA 19061-4354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union cbrennan@klehr.com, nharrison@klehr.com  
      GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com  
      HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com  
      JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawbsc.com, pennduke@gmail.com  
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
      LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  JACQUELINE A. WHITE, | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No.  17-10716 ELF |

# O R D E R

AND NOW, it is hereby **ORDERED** that **on or before February 11, 2019,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

**Date: October 22, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**