*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jacqueline A White
      Debtor(s)

Case No: 17−10716−elf

Chapter: 7

___

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Eric L. Frank ,

United States Bankruptcy Court

on 8/28/19 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107 .


For The Court

Timothy B. McGrath
Clerk of Court

52
Form 150