United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10716-elf
Jacqueline A White                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Pamela              Page 1 of 1              Date Rcvd: Aug 13, 2019
                             Form ID: 150              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db          #+Jacqueline A White,    1449 Yates Avenue,    Marcus Hook, PA 19061-4354
sp          #+Derek Smith Law Group, PLLC,    1845 Walnut Street,    Suite 1600,    Philadelphia, PA 19103-4716
sp           +Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    Suite 280 South,
               601 Walnut Street,    Philadelphia, PA 19106-3314
cr            State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, swenitsky@klehr.com
              GARY F SEITZ   on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
              JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
               pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jacqueline A White
      Debtor(s)

Case No: 17−10716−elf
Chapter: 7

___

## *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Eric L. Frank ,

United States Bankruptcy Court

on 8/28/19 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107 .

For The Court

Timothy B. McGrath
Clerk of Court

52
Form 150