**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
|  | ) **Chapter 7** |
| **JACQUELINE A. WHITE** | ) **Case No. 17-10716-elf** |
|  | ) |
| **Debtor.** | ) |
|  | ) |

**TRUSTEE'S STATUS REPORT WITH RESPECT TO DEBTOR'S WORKERS' COMPENSATION CLAIM ONLY**

Lynn E. Feldman, the Chapter 7 trustee (the "Chapter 7 Trustee") in the above-captioned case of the debtor Jacqueline A. White (the "Debtor"), hereby reports on the status of the Debtor's Workers' Compensation Claim further to the hearing held in this matter on August 28, 2019.

The Trustee, through counsel, has received communications from the Debtor stating that money she received thus far on account of her claim – which were to compensate the Debtor for living expenses and medical bills for two years – is gone. The Debtor further indicated that the appeal on other outstanding issues "will probably take a very long time." The Debtor also advised that she is very ill and is currently undergoing chemotherapy treatment in Cleveland, Ohio.

As set forth in the Stipulation between the Chapter 7 Trustee and the Debtor, filed at D.I. 21 in this case, the Trustee's interest in the Workers' Compensation Claim is contingent upon a determination as to which funds are allocable to "loss of future earnings" under Section 522(d)(11)(E) due to the Debtor's claim of exemptions. In light of the Debtor's illness, the fact that money already received has been dissipated and the timing of the pending appeal, the Trustee intends to abandon this asset, either formally, through a Notice of Abandonment, or upon the closing of the case.

Dated: August 9, 2019                      GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Holly S. Miller
Holly S. Miller, Esquire
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: 215-268-0010
Email: hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*