**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| ) | **Chapter 7** |
| **JACQUELINE A. WHITE** ) | |
| ) | |
| Debtor.  ) | **Case No. 17-10716-ELF** |

**ORDER APPROVING APPLICATION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE, TO EMPLOY BEDERSON LLP AS ACCOUNTANTS.**

**AND NOW**, upon consideration of the Application of Lynn E. Feldman, Chapter 7 Trustee (the "Trustee") for the above captioned bankruptcy estate of Jacqueline A. White (the "Debtor"), to Employ Bederson LLP ("Bederson") as Accountants, Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that Bederson has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which the firm is to be employed, and further that Bederson's retention is in the best interest of the creditors of all estate, it is hereby

**ORDERED**, that the Trustee is authorized to employ Bederson as accountants, for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth; and it is further

**ORDERED**, that Bederson's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

Date: 12/6/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**