```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                                  Case No. 17-10716-elf
Jacqueline A White                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD              Page 1 of 1                Date Rcvd: Dec 06, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db         #+Jacqueline A White,   1449 Yates Avenue,   Marcus Hook, PA 19061-4354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
         CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
          cbrennan@klehr.com,   swenitsky@klehr.com
         GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
         HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
         JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
          pennduke@gmail.com
         KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
         LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| JACQUELINE A. WHITE | ) |
| | ) |
| Debtor. | ) Case No. 17-10716-ELF |

**ORDER APPROVING APPLICATION OF LYNN E. FELDMAN, CHAPTER 7
TRUSTEE, TO EMPLOY BEDERSON LLP AS ACCOUNTANTS.**

**AND NOW**, upon consideration of the Application of Lynn E. Feldman, Chapter 7 Trustee (the "Trustee") for the above captioned bankruptcy estate of Jacqueline A. White (the "Debtor"), to Employ Bederson LLP ("Bederson") as Accountants, Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014 (the "Application"), and the Court being satisfied that Bederson has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which the firm is to be employed, and further that Bederson's retention is in the best interest of the creditors of all estate, it is hereby

**ORDERED**, that the Trustee is authorized to employ Bederson as accountants, for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth; and it is further

**ORDERED**, that Bederson's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

Date: 12/6/19

_____

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**