## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) Chapter 7 )  |
| **JACQUELINE A. WHITE,** | ) Case No. 17-10716-elf ) |
| **Debtor.** | ) ) ) |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018, AND LOCAL RULE 5003-1 AUTHORIZING THE TRUSTEE TO FILE UNDER SEAL AND/OR REDACT EXHIBIT TO TRUSTEE'S MOTION TO APPROVE RELEASE RESOLVING THE DEBTOR'S EMPLOYMENT DISCRIMINATION CLAIM AND APPROVING THE ALLOCATION OF PROCEEDS <u>RESOLVING THE DEBTOR'S CLAIM OF EXEMPTIONS</u>**

Upon consideration of the motion (the "Motion") of Lynn E. Feldman, Chapter 7 Trustee ("Trustee") for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 5003-1 authorizing the Trustee to file under seal an exhibit to the Trustee's Motion to Approve Release Resolving the Debtor's Employment Discrimination Claim and Approving the Allocation of Proceeds Resolving the Debtor's Claim of Exemptions; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 5003-1, the Trustee is authorized to file the Release (as defined in the Motion) under seal and/or in redacted form (the "Sealed Release").

3. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 5003-1, without the need for further order(s) of the Court, the Sealed Release shall remain under seal and/or in redacted form and confidential and not be made

available to anyone, except for (i) this Court, (ii) the Office of the United States Trustee for the Eastern District of Pennsylvania, (iii) other interested parties agreed to by the parties to the Release, or (vii) others upon further order of the Court.

4. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: 12/24/19

**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**