United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline A White  
     Debtor

Case No. 17-10716-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 24, 2019  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2019.
```
db         #+Jacqueline A White,   1449 Yates Avenue,   Marcus Hook, PA 19061-4354
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2019 at the address(es) listed below:
```
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,   swenitsky@klehr.com
          GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Spec. Counsel    Derek Smith Law Group, PLLC hsmiller@gsbblaw.com
          JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
           pennduke@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JACQUELINE A. WHITE, | ) Case No. 17-10716-elf |
| | ) |
| Debtor. | ) |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 9018, AND LOCAL RULE 5003-1 AUTHORIZING THE TRUSTEE TO FILE UNDER SEAL AND/OR REDACT EXHIBIT TO TRUSTEE'S MOTION TO APPROVE RELEASE RESOLVING THE DEBTOR'S EMPLOYMENT DISCRIMINATION CLAIM AND APPROVING THE ALLOCATION OF PROCEEDS RESOLVING THE DEBTOR'S CLAIM OF EXEMPTIONS**

Upon consideration of the motion (the "Motion") of Lynn E. Feldman, Chapter 7 Trustee ("Trustee") for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 5003-1 authorizing the Trustee to file under seal an exhibit to the Trustee's Motion to Approve Release Resolving the Debtor's Employment Discrimination Claim and Approving the Allocation of Proceeds Resolving the Debtor's Claim of Exemptions; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 5003-1, the Trustee is authorized to file the Release (as defined in the Motion) under seal and/or in redacted form (the "Sealed Release").

3. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 5003-1, without the need for further order(s) of the Court, the Sealed Release shall remain under seal and/or in redacted form and confidential and not be made

8

  available to anyone, except for (i) this Court, (ii) the Office of the United States Trustee for the Eastern District of Pennsylvania, (iii) other interested parties agreed to by the parties to the Release, or (vii) others upon further order of the Court.

4.  This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: 12/24/19

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**

8