**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 7 ) ) |
| **JACQUELINE A. WHITE,** | ) Case No. 17-10716-elf ) |
| **Debtor.** | ) ) ) |

## CERTIFICATE OF NO RESPONSE

On December 20, 2019, Derek Smith Law Group filed The Application for Compensation and Reimbursement of Expenses of Derek Smith Law Group as Special Counsel (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before January 3, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application for Compensation and Reimbursement of Expense of Derek Smith Law Group as Special Counsel be entered at the Court's earliest convenience.

Dated: January 6, 2020

GELLERT SCALI BUSENKELL & BROWN LLC

By:  */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
Gary F. Seitz (PA ID #52865)
8 Penn Center
1628 John F. Kennedy Blvd
Philadelphia, PA 19103
Telephone: 215-238-0012
Facsimile: 215-238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*