# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | JACQUELINE A. WHITE | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.   17-10716 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation for Derek Smith Law Group, PLLC, Special Counsel, it is hereby **ORDERED** that a hearing on the Application is **SCHEDULED** on **January 15, 2020**, **at 10:00 a.m.**, in U.S. Courthouse, 900 Market Street, 2nd floor, Bankruptcy Courtroom No. 1, Philadelphia, PA.

Date:  January 8, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**