United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline A White  
    Debtor

Case No. 17-10716-elf  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jan 09, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
```
db             #+Jacqueline A White,    1449 Yates Avenue,    Marcus Hook, PA 19061-4354
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
```
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,   swenitsky@klehr.com
              GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Spec. Counsel    Derek Smith Law Group, PLLC hsmiller@gsbblaw.com
              JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
               pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JACQUELINE A. WHITE | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.   17-10716 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation for Derek Smith Law Group, PLLC, Special Counsel, it is hereby **ORDERED** that a hearing on the Application is **SCHEDULED** on **January 15, 2020**, **at 10:00 a.m.**, **in U.S. Courthouse, 900 Market Street, 2nd floor, Bankruptcy Courtroom No. 1, Philadelphia, PA.**

Date:   January 8, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**