**Jeanne Marie Cella and Associates, LLC**
**BY:  JEANNE MARIE CELLA, ESQUIRE**
**215 N Olive St, Ste 101**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                      **Attorney for Debtor**

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jacqueline White                                  :        Chapter 7

        Debtors                                            :        Bky. No. 17-10716


### PRAECIPE FOR CHANGE OF ADDRESS

TO THE CLERK:

      Please change debtor, Jacqueline White's address on the court record, as follows:

      1603 Coventry Ln
      Glen Mills, PA 19342


      Respectfully,

      Jeanne Marie Cella and Associates, LLC


      **BY:**/s/: Jeanne Marie Cella, Esq
        **Jeanne Marie Cella, Esquire**
        Attorney for Debtor

Date:  January 13, 2020