**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | )   **Chapter 7** |
| **JACQUELINE A. WHITE** | ) |
| | ) |
| Debtor. | )   Case No.  17-10716-ELF |

**CERTIFICATE OF NO RESPONSE**

On December 19, 2019, Lynn E. Feldman, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Motion to Approve Release Resolving Debtor's Employment Discrimination Claim and Allocation of Proceeds Resolving the Debtor's Claim of Exemptions (the "Motion"). On the same date, the Trustee filed a Notice of Motion. Responses to the Motion were due on or before January 9, 2020. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The Motion to Approve Release Resolving Debtor's Employment Discrimination Claim and Allocation of Proceeds Resolving the Debtor's Claim of Exemptions be entered at the Court's earliest convenience.

Dated: January 13, 2020

                                                  GELLERT SCALI BUSENKELL & BROWN LLC

                                                  By:   */s/ Holly S. Miller*
                                                         Holly S. Miller (PA ID #203979)
                                                         Gary F. Seitz (PA ID #52865)
                                                         8 Penn Center
                                                         1628 John F. Kennedy Blvd
                                                         Philadelphia, PA 19103
                                                         Telephone: 215-238-0012
                                                         Facsimile: 215-238-0016
                                                         gseitz@gsbblaw.com
                                                         hsmiller@gsbblaw.com
                                                         *Counsel to the Chapter 7 Trustee*