# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 )  ) |
| JACQUELINE A. WHITE, | ) Case No. 17-10716-elf ) |
| Debtor. | ) ) ) |

## ORDER

Upon consideration of the Chapter 7 Trustee's Motion ("Motion") for an Order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving the Release Resolving the Debtor's Employment Discrimination Claim and Approving the Allocation of the Proceeds therefrom; and the Court having reviewed the Motion; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; it is hereby

**ORDERED**, the Motion is **GRANTED**; and it is further

**ORDERED**, the Trustee shall be, and hereby is, authorized to receive the funds in accordance with the Release and Allocation of Proceeds (as defined in the Motion); and it is further

**ORDERED**, the Release and Allocation of Proceeds hereby are **APPROVED**.

Dated: 1/16/20

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**