### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **JACQUELINE A. WHITE,** ) | **Case No. 17-10716-elf** |
| ) | |
| **Debtor.** ) | |
| ) | |

### ORDER

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Derek Smith Law Group, PLLC , as Special Counsel for the Trustee from April 6, 2017 through December 18, 2019 ("the Application"); it is **ORDERED** that the Application is hereby **GRANTED** and it is further **ORDERED** that compensation of $90,000.00 and reimbursement of expenses in the amount of $2,564.20 are **ALLOWED** and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay the allowed amounts to Derek Smith Law Group, PLLC  pursuant to §330 of the Bankruptcy Code.

Date:  1/16/20

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**