United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 17-10716-elf
Jacqueline A White                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1          Date Rcvd: Jan 16, 2020
                           Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db              #+Jacqueline A White,    1603 Coventry Ln,    Glen Mills, PA 19342-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,  swenitsky@klehr.com
          GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Spec. Counsel    Derek Smith Law Group, PLLC hsmiller@gsbblaw.com
          JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
           pennduke@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | ) **Chapter 7** |
| **In re:** | ) |
| | ) |
| **JACQUELINE A. WHITE,** | ) **Case No. 17-10716-elf** |
| | ) |
| **Debtor.** | ) |
| | ) |

**ORDER**

Upon consideration of the Chapter 7 Trustee's Motion ("Motion") for an Order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 approving the Release Resolving the Debtor's Employment Discrimination Claim and Approving the Allocation of the Proceeds therefrom; and the Court having reviewed the Motion; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; it is hereby

**ORDERED**, the Motion is **GRANTED**; and it is further

**ORDERED**, the Trustee shall be, and hereby is, authorized to receive the funds in accordance with the Release and Allocation of Proceeds (as defined in the Motion); and it is further

**ORDERED**, the Release and Allocation of Proceeds hereby are **APPROVED**.

Dated: 1/16/20

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**