United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10716-elf
Jacqueline A White                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 16, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db          #+Jacqueline A White,    1603 Coventry Ln,    Glen Mills, PA 19342-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com,   swenitsky@klehr.com
        GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
        HOLLY SMITH MILLER    on behalf of Spec. Counsel    Derek Smith Law Group, PLLC hsmiller@gsbblaw.com
        JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
         pennduke@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JACQUELINE A. WHITE, | ) Case No. 17-10716-elf |
| | ) |
| Debtor. | ) |
| | ) |

## ORDER

Upon consideration of the First and Final Application for Compensation and

Reimbursement of Expenses of Derek Smith Law Group, PLLC , as Special Counsel for the

Trustee from April 6, 2017 through December 18, 2019 ("the Application"); it is **ORDERED**

that the Application is hereby **GRANTED** and it is further **ORDERED** that compensation of

$90,000.00 and reimbursement of expenses in the amount of $2,564.20 are **ALLOWED** and

authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay the

allowed amounts to Derek Smith Law Group, PLLC  pursuant to §330 of the Bankruptcy Code.


Date:  1/16/20

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**