**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| | ) | **Chapter 7** |
| **JACQUELINE A. WHITE** | ) ) | |
| **Debtor.** | ) ) | **Case No.  17-10716-ELF** |

### CERTIFICATE OF NO RESPONSE

On January 8, 2020, Lynn E. Feldman, the Chapter 7 Trustee (the "Trustee") for the above-caption debtor, filed The Motion of Chapter 7 Trustee for Authority to Pay Administrative Tax Claims (the "Motion"). On the same date, the Trustee filed a Notice of Motion. Responses to the Motion were due on or before January 22, 2020. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The Motion of Chapter 7 Trustee for Authority to Pay Administrative Tax Claims be entered at the Court's earliest convenience.

Dated: January 27, 2020

GELLERT SCALI BUSENKELL & BROWN LLC

By:   */s/ Holly S. Miller*
        Holly S. Miller (PA ID #203979)
        Gary F. Seitz (PA ID #52865)
        8 Penn Center
        1628 John F. Kennedy Blvd
        Philadelphia, PA 19103
        Telephone: 215-238-0012
        Facsimile: 215-238-0016
        gseitz@gsbblaw.com
        hsmiller@gsbblaw.com
        *Counsel to the Chapter 7 Trustee*