IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: February 5, 2020

IN RE:                                             :        Chapter 7

Jacqueline A. White
    Debtor(s)                            :        Bankruptcy No. 17-10716

CERTIFICATION OF COSTS

    The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before N/A.

    The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | N/A | |
| Claims | N/A | |
| Certifications | N/A | |
| Adversary Complaints | N/A | |
| Copies | N/A | |
| TOTAL: | | $0.00 |

Dated at Philadelphia, Pennsylvania
this 5th day of February, 2020

                    TIMOTHY B. MCGRATH, Clerk

                    By: Antoinette Stevenson
                        Deputy Clerk

Certcost 8/99