**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 7 ) |
| **JACQUELINE A. WHITE,** | ) Case No. 17-10716-elf ) |
| **Debtor.** | ) ) |

**ORDER**

AND NOW, this __5th__ day of _____February_____, 2020, upon consideration of the Chapter 7 Trustee's Motion (the "Motion") for an order pursuant to 11 U.S.C. § 503(b)(1)(B) authorizing the Trustee to pay Administrative Tax claims to the IRS and the PADOR (as defined in the Motion), it is hereby **ORDERED** that

1. The Motion is **GRANTED**;

2. The Trustee is authorized to pay the IRS $51.00 and the PADOR $3,838.00 as administrative claims.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**