```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-10716-elf
Jacqueline A White                                                  Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 06, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db          #+Jacqueline A White,    1603 Coventry Ln,    Glen Mills, PA 19342-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
          CORINNE SAMLER BRENNAN   on behalf of Creditor   Franklin Mint Federal Credit Union
           cbrennan@klehr.com,   swenitsky@klehr.com
          GARY F SEITZ   on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
          HOLLY SMITH MILLER   on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com
          HOLLY SMITH MILLER   on behalf of Spec. Counsel   Derek Smith Law Group, PLLC hsmiller@gsbblaw.com
          JEANNE MARIE CELLA   on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
           pennduke@gmail.com
          KEVIN G. MCDONALD   on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          LYNN E. FELDMAN   trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                        TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| **JACQUELINE A. WHITE,** | ) Case No. 17-10716-elf |
| | ) |
| **Debtor.** | ) |

**ORDER**

AND NOW, this __5th__ day of __February__, 2020, upon consideration of the Chapter 7 Trustee's Motion (the "Motion") for an order pursuant to 11 U.S.C. § 503(b)(1)(B) authorizing the Trustee to pay Administrative Tax claims to the IRS and the PADOR (as defined in the Motion), it is hereby **ORDERED** that

1. The Motion is **GRANTED**;

2. The Trustee is authorized to pay the IRS $51.00 and the PADOR $3,838.00 as administrative claims.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**