**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 7 ) |
| **JACQUELINE A. WHITE,** | ) Case No. 17-10716-elf ) |
| **Debtor.** | ) ) ) |

**CERTIFICATE OF NO RESPONSE**

On March 16, 2020 Gellert Scali Busenkell & Brown, LLC ("GSBB") General Counsel for the Chapter 7 Trustee (the "Trustee") for the above-captioned debtors, filed its Application for Compensation and Reimbursement of Expenses (the "Application"). On March 16, 2020, GSBB also filed the Notice of the Application. Responses to the Application were due on or before March 30, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as General Counsel for the Trustee be entered at the Court's earliest convenience.

Dated: 3/31/2020     GELLERT SCALI BUSENKELL & BROWN, LLC

By:  */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*