# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JACQUELINE A. WHITE, | ) Case No. 17-10716-elf |
| | ) |
| Debtor. | ) |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

Kindly withdraw the Certificate of No Response to Gellert Scali Busenkell & Brown, LLC Application for Compensation and Reimbursement filed on March 31, 2020 at D.I No. 88.

Dated: 3/31/2020                    GELLERT SCALI BUSENKELL & BROWN, LLC

By:     */s/ Holly S. Miller*
          Holly S. Miller (PA ID #203979)
          8 Penn Center
          1628 John F. Kennedy Blvd, Suite 1901
          Philadelphia, PA 19103
          Telephone: (215) 238-0010
          Facsimile: (215) 238-0016
          hsmiller@gsbblaw.com

          *Counsel to the Chapter 7 Trustee*