**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| **JACQUELINE A. WHITE,** | ) Case No. 17-10716-elf |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER**

Upon consideration of the *First Interim Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of April 3, 2017 through February 20, 2020* (the "Application"), it is hereby **ORDERED** that:

The Application is **GRANTED** and compensation to Gellert Scali Busenkell & Brown LLC is **ALLOWED** as a chapter 7 administrative expense in the reduced amount of $10,466.50 and reimbursement of actual expenses in the amount of $76.95.

Dated: 4/1/20

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE