United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline A White  
    Debtor  

Case No. 17-10716-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 01, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db          #+Jacqueline A White,    1603 Coventry Ln,    Glen Mills, PA 19342-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

         CORINNE SAMLER BRENNAN     on behalf of Creditor     Franklin Mint Federal Credit Union cbrennan@klehr.com, swenitsky@klehr.com  
         GARY F SEITZ     on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com  
         HOLLY SMITH MILLER     on behalf of Spec. Counsel     Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com, abrown@gsbblaw.com  
         HOLLY SMITH MILLER     on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com, abrown@gsbblaw.com  
         HOLLY SMITH MILLER     on behalf of Spec. Counsel     Derek Smith Law Group, PLLC hsmiller@gsbblaw.com, abrown@gsbblaw.com  
         JEANNE MARIE CELLA     on behalf of Debtor Jacqueline A White paralegal@lawjmc.com, pennduke@gmail.com  
         KEVIN G. MCDONALD     on behalf of Creditor     PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
         LYNN E. FELDMAN     trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

                                                   TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | Chapter 7 |
| ) | |
| **JACQUELINE A. WHITE,** ) | Case No. 17-10716-elf |
| ) | |
| **Debtor.** ) | |
| ) | |

### ORDER

Upon consideration of the *First Interim Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of April 3, 2017 through February 20, 2020* (the "Application"), it is hereby **ORDERED** that:

The Application is **GRANTED** and compensation to Gellert Scali Busenkell & Brown LLC is **ALLOWED** as a chapter 7 administrative expense in the reduced amount of $10,466.50 and reimbursement of actual expenses in the amount of $76.95.

Dated: 4/1/20

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE