# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JACQUELINE A. WHITE, | : | Case No. 17-10716 (ELF) |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF NO RESPONSE FOR FIRST INTERIM FEE APPLICATION OF BEDERSON LLP AS ACCOUNTANTS FOR LYNN E. FELDMAN AS CHAPTER 7 TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD OCTOBER 11, 2019 THROUGH MARCH 11, 2020</u>**

On April 20, 2020, Lynn E. Feldman, the Chapter 7 Trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") filed the First Interim Fee Application of Bederson LLP, accountants for Lynn E. Feldman, the Chapter 7 Trustee (the "Application"). On April 20, 2020, the Trustee also filed the Notice of the Application. Responses to the Application were due on or before May 4, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: May 5, 2020          GELLERT SCALI BUSENKELL & BROWN LLC

/s/ *Holly S. Miller*
Gary F. Seitz (PA ID #52865)
Holly S. Miller (PA ID # 203979)
8 Penn Center
1628 JFK Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
E-mail: hsmiller@gsbblaw.com

*Counsel for the Chapter 7 Trustee*