## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| JACQUELINE A. WHITE, : | Case No. 17-10716 (ELF) |
| Debtor. : | |
| : | Related D.I.: ___ |

### ORDER

AND NOW, this __7th__ day of ___May___, 2020, upon consideration of the First Interim Fee Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Lynn E. Feldman, Chapter 7 Trustee, and for Reimbursement of Expenses for the period October 11, 2019 through March 11, 2020, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $ 2,986.50 as compensation for accounting fees and the sum of $ 60.65 for reimbursement of expenses for the period of October 11, 2019 through March 11, 2020, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement.

BY THE COURT:

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE