United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10716-elf
Jacqueline A White                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1           Date Rcvd: May 07, 2020
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
db          #+Jacqueline A White,    1603 Coventry Ln,    Glen Mills, PA 19342-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    swenitsky@klehr.com
              GARY F SEITZ    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Spec. Counsel    Gellert Scali Busenkell & Brown LLC
               hsmiller@gsbblaw.com,    abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Spec. Counsel    Derek Smith Law Group, PLLC
               hsmiller@gsbblaw.com,    abrown@gsbblaw.com
              JEANNE MARIE CELLA    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com,
               pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JACQUELINE A. WHITE, | Case No. 17-10716 (ELF) |
| Debtor. | Related D.I.: ___ |

## ORDER

AND NOW, this __7th__ day of ___May___, 2020, upon consideration of the First Interim Fee Application of Bederson LLP for Compensation Accountants Services Rendered as Accountants for Lynn E. Feldman, Chapter 7 Trustee, and for Reimbursement of Expenses for the period October 11, 2019 through March 11, 2020, and after notice and an opportunity for hearing, it is

ORDERED that Bederson LLP, as accountants for the Chapter 7 Trustee, is hereby allowed the sum of $ 2,986.50 as compensation for accounting fees and the sum of $ 60.65 for reimbursement of expenses for the period of October 11, 2019 through March 11, 2020, and it is further

ORDERED, that the Chapter 7 Trustee is authorized to distribute to Bederson LLP, in her discretion, all compensation and expenses allowed to date; and it is further

ORDERED that, as required by 11 U.S.C. §726(b) and consistent with 11 U.S.C. §330(a)(5), any compensation received by Bederson LLP, shall be subject to disgorgement.

BY THE COURT:

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE