IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JACQUELINE A WHITE    :    NO. 17-10716elf
                             :
                             :    CHAPTER 7
                             :
    Debtor                   :

## STATUS REPORT

In the response to the Order of Court dated December 1, 2020 the Trustee files this Status Report:

1. The TFR was submitted to the Office of UST on October 6, 2020.

DATE: December 1, 2020                /S/LYNN E. FELDMAN, ESQ
                                      Lynn E. Feldman, Esq.
                                      Chapter 7 Trustee
                                      Pa ID #35996
                                      Feldman Law Offices, P.C.
                                      221 North Cedar Crest Blvd.
                                      Allentown, PA 18104
                                      610-530-9285