United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-10716-elf

Jacqueline A White  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2

Date Rcvd: Dec 01, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jacqueline A White, 1603 Coventry Ln, Glen Mills, PA 19342-9430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

**Name      Email Address**

CORINNE SAMLER BRENNAN
     on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com

GARY F SEITZ
     on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com

HOLLY SMITH MILLER
     on behalf of Spec. Counsel Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com abrown@gsbblaw.com

HOLLY SMITH MILLER
     on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com abrown@gsbblaw.com

HOLLY SMITH MILLER
     on behalf of Spec. Counsel Derek Smith Law Group PLLC hsmiller@gsbblaw.com, abrown@gsbblaw.com

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1

JEANNE MARIE CELLA
    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com  pennduke@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JACQUELINE A. WHITE, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 17-10716  ELF |

# O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before December 22, 2020,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

**Date:   December 1, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**