United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10716-elf |
| Jacqueline A White | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jacqueline A White, 1603 Coventry Ln, Glen Mills, PA 19342-9430 |
| acc | + | Benderson & Company, LLC, c/o Charles N. Persing, 347 Mt. Pleasant Avenue, Suite 200, West Orange, NJ 07052-2749 |
| sp | + | Gellert Scali Busenkell & Brown LLC, The Curtis Center, Suite 280 South, 601 Walnut Street, Philadelphia, PA 19106-3314 |
| 13859836 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13859839 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13859838 | + | Dodge Credit, First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 13859840 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 13859841 | + | Franklin Mint Fcu Il, 2240 Edgemont Ave, Chester, PA 19013-5033 |
| 13859842 | + | Mariner Finance, 8211 Town Center D, Nottingham, MD 21236-5904 |
| 13941794 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14196296 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13901578 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13867640 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13859846 | + | Sun East Federal Cr Un, 4500 Pennell Rd, Aston, PA 19014-1862 |
| 13902964 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston, PA 19014-1862 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 09 2020 03:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2020 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 09 2020 03:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13859834 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 03:40:15 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13906288 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 03:41:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13859837 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2020 03:25:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13947229 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2020 03:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13901648 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Dec 09 2020 03:25:00 | Franklin Mint Federal Credit Union, 1974 Sproul Road, Suite 300, Broomall, PA 19008 |
| 13859835 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 09 2020 03:40:15 | Chase Card Slate, Po Box 15298, Wilmington, DE 19850 |
| 13947618 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 03:38:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13859843 | + | Email/Text: blegal@phfa.org | Dec 09 2020 03:26:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 13859844 | + | Email/Text: bankruptcynotices@psecu.com | Dec 09 2020 03:26:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 13859845 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Dec 09 2020 03:25:00 | State Farm Financial S, Customer Service 003722347, Bloomington, IL 61710-0001 |
| 13859847 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 03:38:41 | Syncb/hh Gregg, Po Box 965036, Orlando, FL 32896-5036 |
| 13859848 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 03:41:54 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 13930880 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 09 2020 03:41:58 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| sp | ##+ | Derek Smith Law Group, PLLC, 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103-4716 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 31 |

GARY F SEITZ
    on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com  abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Spec. Counsel Derek Smith Law Group  PLLC hsmiller@gsbblaw.com, abrown@gsbblaw.com

HOLLY SMITH MILLER
    on behalf of Spec. Counsel Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com  abrown@gsbblaw.com

JEANNE MARIE CELLA
    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com  pennduke@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| JACQUELINE A WHITE | § § | Case No. 2:17-10716-ELF |
| Debtor | § § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LYNN E. FELDMAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on January 13, 2021; telephonically by dialing 1-877-336-1828, access code 1229352;
United States Courthouse
900 Market Street
Philadelphia, PA 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/05/2020          By: LYNN E. FELDMAN
                                                    TRUSTEE


*LYNN E. FELDMAN, TRUSTEE*
*221 N. CEDAR CREST BLVD.*
*ALLENTOWN, PA 18104*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: §
§
JACQUELINE A WHITE § Case No. 2:17-10716-ELF
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 225,000.00 |
| and approved disbursements of | $ | 196,475.36 |
| leaving a balance on hand of[1] | $ | 28,524.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LYNN E. FELDMAN | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| Trustee Expenses: LYNN E. FELDMAN | $ 85.00 | $ 0.00 | $ 85.00 |
| Attorney for Trustee Fees: GELLERT SCALI BUSENKELL & BROWN | $ 10,466.50 | $ 0.00 | $ 10,466.50 |
| Attorney for Trustee Expenses: GELLERT SCALI BUSENKELL & BROWN | $ 76.95 | $ 0.00 | $ 76.95 |
| Accountant for Trustee Fees: Bederson LLP | $ 2,986.50 | $ 0.00 | $ 2,986.50 |
| Accountant for Trustee Expenses: Bederson LLP | $ 60.65 | $ 0.00 | $ 60.65 |
| Total to be paid for chapter 7 administrative expenses | | $ | 23,175.60 |
| Remaining Balance | | $ | 5,349.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,867.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank Of Omaha | $ 1,352.02 | $ 0.00 | $ 127.17 |
| 2 | Franklin Mint Federal Credit Union | $ 12,067.04 | $ 0.00 | $ 1,135.04 |
| 3 | Franklin Mint Federal Credit Union | $ 3,850.94 | $ 0.00 | $ 362.22 |
| 4 | Sun East Federal Credit Union | $ 16,806.22 | $ 0.00 | $ 1,580.81 |
| 5 | STATE FARM BANK | $ 3,605.71 | $ 0.00 | $ 339.16 |
| 6 | Capital One Bank (Usa), N.A. | $ 5,249.26 | $ 0.00 | $ 493.75 |
| 7 | Verizon | $ 133.55 | $ 0.00 | $ 12.56 |
| 8 | Mariner Finance, Llc | $ 3,201.59 | $ 0.00 | $ 301.14 |
| 9 | DEPARTMENT STORES NATIONAL BANK | $ 1,208.83 | $ 0.00 | $ 113.70 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,413.21 | $ 0.00 | $ 226.99 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 6,979.53 | $ 0.00 | $ 656.50 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 5,349.04 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: LYNN E. FELDMAN
TRUSTEE

*LYNN E. FELDMAN, TRUSTEE*
*221 N. CEDAR CREST BLVD.*
*ALLENTOWN, PA 18104*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*