## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JACQUELINE A WHITE, | ) | |
| | ) | Case No. 17-10716-ELF |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION OR RESPONSE TO (I) TRUSTEE'S FINAL REPORT AND/OR (II) TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES AND ORDER AWARDING COMPENSATION AND EXPENSES**

**TO:   THE HONORABLE ERIC L. FRANK,**
United States Bankruptcy Judge

I, Lynn E. Feldman, Chapter 7 Trustee of the Estate of Jacqueline A. White, certify that no answer, objection, or other response to (i) the Trustee's Final Report (Docket Entry No. 101) or (ii) the Trustee's Application for Compensation and Expenses and Order Awarding Compensation and Expenses (Docket Entry No. 103) was filed with the Court nor served upon undersigned and the time for serving and filing any such answer, objection or other responsive pleading has expired.

Wherefore, the Trustee pays this Honorable Court to enter an Order approving the Trustee's Final Report and the Trustee's Application for Compensation and Expenses and Order Awarding Compensation and Expenses.

Dated:  December 30, 2020           Respectfully submitted,

/s/ Lynn E. Feldman
LYNN E. FELDMAN, ESQ, TRUSTEE
I.D. # 35996
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Boulevard
Allentown, PA 18104
(610) 530-9285