**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | |
| | **Chapter 7** |
| **WHITE, JACQUELINE A** | |
| | **Case No. 17-10716-ELF** |
| **Debtor(s)** | |

**ORDER OF DISTRIBUTION**

**AND NOW**, this _____13th_____ day of _____January_____, 2021, the Trustee, LYNN E. FELDMAN, TRUSTEE is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Eric L. Frank
United States Bankruptcy Judge

DATED: 1/13/21