**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| WHITE, JACQUELINE A ) | Chapter 7 |
| ) | |
| ) | Case No.  17-10716-ELF |
| ) | |
| ) | |
| Debtor(s) ) | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, this _____13th_____ day of _____January_____, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $9,500.00 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $85.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE