United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jacqueline A White  
    Debtor

Case No. 17-10716-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 13, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Jacqueline A White, 1603 Coventry Ln, Glen Mills, PA 19342-9430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com |
| GARY F SEITZ | on behalf of Trustee LYNN E. FELDMAN gseitz@gsbblaw.com |
| HOLLY SMITH MILLER | on behalf of Spec. Counsel Gellert Scali Busenkell & Brown LLC hsmiller@gsbblaw.com abrown@gsbblaw.com |
| HOLLY SMITH MILLER | on behalf of Trustee LYNN E. FELDMAN hsmiller@gsbblaw.com abrown@gsbblaw.com |
| HOLLY SMITH MILLER | on behalf of Spec. Counsel Derek Smith Law Group PLLC hsmiller@gsbblaw.com, abrown@gsbblaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

JEANNE MARIE CELLA
    on behalf of Debtor Jacqueline A White paralegal@lawjmc.com  pennduke@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| WHITE, JACQUELINE A | ) Chapter 7 |
| | ) |
| | ) Case No. 17-10716-ELF |
| | ) |
| | ) |
| Debtor(s) | ) |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

**AND NOW**, this _13th_ day of _January_, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $9,500.00 is reasonable compensation for the services in this case by LYNN E. FELDMAN TRUSTEE; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $85.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE