IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                    CHAPTER 7

**WHITE, JACQUELINE A**

                  Debtor(s)                      Case No. 17-10716-ELF

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

**AND NOW**, this **14th** day of **April, 2021**, upon consideration of the Trustee's Final Report and Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby **ORDERED** that the Trustee's Final Account is approved, and the Trustee is hereby discharged from her trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER **ORDERED** that this case is hereby closed.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**